IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

---

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

JAMES CARNEY, LOWELL VANDERHOFF and JOSEPH ZELLNER,

Plaintiffs,

v.

BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, a Delaware corporation, Successor-in-Interest to the Great Northern Railway Company, and Northern Pacific Railway Company, Railroad Company,

Defendant.

CIVIL ACTION NO. 0:01-CV-~~1367~~ 1267 JMR/FLN

**STIPULATON OF DISMISSAL WITH PREJUDICE** & Order

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 6/23, 2003.

By ______________________
Mark J. Fellman, #28782
213 East Fourth Street
Suite 200
St. Paul, MN 55101
(651) 225-5600

FILED JUL 17 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 17 2003
DEPUTY CLERK VEM

John D. Roven (TX ID 17327900)
ROVEN, KAPLAN & WELLS, LLP
2190 North Loop West
Suite 410
Houston, TX 77018
(713) 465-8522

*Attorneys for Plaintiff*

Dated: 6/17, 2003.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant The BNSF*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED:
6/27/2003

BY THE COURT

______________________
CHARLES R. WEINER
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

S:\Carney, James\pleadings\stipdis.doc\tw